FILED
2012 OCT 15  PM 4:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY _____

Craig J. Mariam (SBN: 225280)
Michelle J. Wells (SBN: 279967)
GORDON & REES LLP
633 W. Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043
cmariam@gordonrees.com
mwells@gordonrees.com

Attorneys for petitioner Telscape Communications, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TELSCAPE COMMUNICATIONS, INC.,

    Petitioner,

v.

RIGHTSCORP, INC.,

    Respondent.

IN RE SUBPOENA TO TELSCAPE COMMUNICATIONS, INC.

Case No. CV12-8833-DSF (JCGx)
Underlying Case No. 2:12MC317

**DECLARATION OF SHERRI FLATT IN SUPPORT OF PETITION TO QUASH OR MODIFY SUBPOENA**

Accompanying documents:
Notice of Petition; Memorandum of Points and Authorities; Declaration of Michelle J. Wells; Declaration of Gary Hamlett; [Proposed] Order

I, Sherri Flatt, declare as follows:

1. I am the Executive Director of Regulatory Affairs for Telscape Communications, Inc., a telecommunications company based in Los Angeles, California ("Telscape"). In my position with Telscape, I am primarily responsible for compliance with applicable statutes and regulations and in responding to legal process, such as subpoenas. I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. The subpoena at issue by this motion was not served personally on myself or any other individual at Telscape. Rather, the subpoena was served via facsimile on or about August 24, 2012. I am unaware of any agreement by Telscape to accept service via facsimile.

-1-
DECLARATION OF SHERRI FLATT IN SUPPORT OF PETITION TO QUASH OR MODIFY SUBPOENA

3.      Following issuance of this subpoena, I was personally contacted by a representative of Rightscorp, Inc. He indicated that we should expect further subpoenas directing Telscape to identify the customers associated with certain internet protocol addresses. The subpoena issued to Telscape has been burdensome on our business operations, and prior reimbursement for the costs associated with subpoenas such as this will greatly alleviate the burden on Telscape in complying therewith.

I declare under penalty of perjury under the laws of the state of California that the above statements are true and accurate to the best of my knowledge.

Executed this 12th day of October, 2012.

*/s/ Sherri Flatt*
Sherri Flatt