UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | |
|---|---|
| Case No. CV 12-8833 DSF (JCGx) | Date 11/8/12 |
| Title Telscape Communications, Inc. v. Rightscorp., Inc. | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Quash (Dkt. No. 1)

   Petitioner's motion to quash was filed on October 15, 2012 with a hearing date of November 19. Opposition was due October 29. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 19 is removed from the Court's calendar.
   The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motion to quash is GRANTED.

   IT IS SO ORDERED.